Form DEFAMD (05/10)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Bob R. Lear**<br>4828 S. Vickeryville Road<br>Sheridan, MI 48884<br>SSN: xxx–xx–1562<br><br>**Debtor(s)** | **Case Number 10–12645–jdg**<br><br>**Chapter 7**<br><br>**Honorable James D. Gregg** |

## CHAPTER 7 NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 10/22/10 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future. Schedules, Statements of Affairs, and Chapter 13 plans are generally due 14 days from the date on which the petition was filed. See Bankruptcy Rules 1007 and 3015 for more information.

    Certification of Credit Counseling due 11/5/2010.
    Asset Protection Report due 11/5/2010.

Please note that if the above–referenced case was filed under Chapter 13, Local Rule 3015(b) directs that the failure to file the required schedules and statements required by FRBP 1007(b) or Plan required by FRBP 3015 within 14 days from the date of filing the petition (or any extension thereof) will result in the case automatically being DISMISSED by the Court without further hearing.

Local Rule 5005–2(g) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties.

Daniel M. LaVille
Clerk of Court

**Dated:** October 25, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: roundtrd          Page 1 of 1          Date Rcvd: Oct 25, 2010
Case: 10-12645               Form ID: defamd          Total Noticed: 1

The following entities were noticed by first class mail on Oct 27, 2010.
db            +Bob R. Lear,   4828 S. Vickeryville Road,   Sheridan, MI 48884-9746

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**          **Signature:**  _Joseph Speetjens_